

NATIONAL SECURITY PROJECT

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
NATIONAL OFFICE
125 BROAD STREET, 18TH FL.
NEW YORK, NY 10004-2400
T/212.549.2500
WWW.ACLU.ORG

OFFICERS AND DIRECTORS
SUSAN N. HERMAN
PRESIDENT

ANTHONY D. ROMERO
EXECUTIVE DIRECTOR

October 30, 2013

BY ECF

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007
Fax: (212) 805-7986

Re: *American Civil Liberties Union, et al. v. Federal Bureau of Investigation*, et al., Case No. 11-CV-5963 (PGG)

**Joint Status Report**

Dear Judge Gardephe:

On behalf of Plaintiffs, the American Civil Liberties Union Foundation and American Civil Liberties Union, and the Defendants, I write respectfully to notify the Court that the parties have reached a settlement of Plaintiffs' attorneys' fees claim. The parties notified the Court on August 1, 2013 that they had resolved Plaintiffs' substantive claims. With the resolution of the issue of attorneys' fees, the parties have now resolved all claims in the litigation. The parties are currently drafting a stipulation of settlement and dismissal, which they intend to file with the Court no later than November 6, 2013.

Respectfully,

Nusrat J. Choudhury
Hina Shamsi
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Phone: 212-519-7876
nchoudhury@aclu.org
hshamsi@aclu.org

*Attorneys for Plaintiffs*

cc: Assistant U.S. Attorney John Clopper (by email)